# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| **David Wolford,** | Bankruptcy No. 15-28718 |
| Debtor. | Honorable Bruce W. Black |

## TRUSTEE'S CERTIFICATE OF SERVICE FOR
## NOTICE OF TRUSTEE'S FINAL REPORT

I, Zane L. Zielinski, caused a copy of the foregoing *Notice of Trustee's Final Report and Applications for Compensation (Docket #42)* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on the creditors at the address shown below on July 27, 2016.

Dated: July 27, 2016

**Zane L. Zielinski**, not individually but as the chapter 7 trustee of the bankruptcy estate of **David Wolford**

By: /s/ Zane L. Zielinski
Bankruptcy Trustee

Zane L. Zielinski (6278776)
**THE LAW OFFICE OF
    ZANE L. ZIELINSKI, P.C.**
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
d.  773-877-3191
f.  815-846-8516
e.  trustee@zanezielinski.com

## ECF SERVICE LIST

- **Nathan E Curtis**  ndil@geracilaw.com
- **Briana Czajka**  ndil@geracilaw.com
- **Patrick S Layng**  USTPRegion11.ES.ECF@usdoj.gov
- **Rachael A Stokas**  ND-Two@il.cslegal.com

## MANUAL SERVICE LIST

**VIA U.S. MAIL**
Discover Bank
Discover Products Inc
Po Box 3025
New Albany, Oh 43054-3025

**VIA U.S. MAIL**
Capital One Bank (Usa), N.A.
Po Box 71083
Charlotte, Nc 28272-1083

**VIA U.S. MAIL**
**David Wolford**
2705 Discovery Drive
Plainfield, IL 60586