UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                              §
                                    §
                                    §
David Wolford                       §    Case No. 15-28718
                                    §
                                    §
        Debtor                      §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Zane L. Zielinski, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned: 192,448.00                   Assets Exempt: 27,846.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 4,151.13     Claims Discharged
                                               Without Payment: 216,446.85

Total Expenses of Administration: 1,300.68

---

    3) Total gross receipts of $ 5,451.81 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 5,451.81 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 198,555.00 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 1,300.68 | 1,300.68 | 1,300.68 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 20,634.00 | 13,903.98 | 13,903.98 | 4,151.13 |
| **TOTAL DISBURSEMENTS** | $ 219,189.00 | $ 15,204.66 | $ 15,204.66 | $ 5,451.81 |

   4)  This case was originally filed under chapter 7 on  08/21/2015 .  The case was pending for 14 months.

   5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

   6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

   Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

   Dated:  10/13/2016            By:/s/Zane L. Zielinski
                                                                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Whole Life Insurance Policy: Prudential | 1129-000 | 5,101.81 |
| Fees from Prudential Per Court Order | 1249-000 | 350.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 5,451.81** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | PNC Mortgage Attn: Bankruptcy Dept. Po Box 8703 Dayton OH 45401 | | 184,435.00 | NA | NA | 0.00 |
| 2 | Pncbank Attn: Bankruptcy Dept. 2730 Liberty Ave Pittsburgh PA 15222 | | 14,120.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ 198,555.00 | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Zane L. Zielinski | 2100-000 | NA | 1,295.18 | 1,295.18 | 1,295.18 |
| Zane L. Zielinski | 2200-000 | NA | 5.50 | 5.50 | 5.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 1,300.68 | $ 1,300.68 | $ 1,300.68 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | CAP1/Bstby Attn: Bankruptcy Dept. 26525 N Riverwoods Blvd Mettawa IL 60045 | | 0.00 | NA | NA | 0.00 |
| 3 | Chase CARD Attn: Bankruptcy Dept. Po Box 15298 Wilmington DE 19850 | | 938.00 | NA | NA | 0.00 |
| 4 | CITI Attn: Bankruptcy Dept. Po Box 6241 Sioux Falls SD 57117 | | 4,019.00 | NA | NA | 0.00 |
| 6 | US BANK Attn: Bankruptcy Dept. 4325 17Th Ave S Fargo ND 58125 | | 3,182.00 | NA | NA | 0.00 |
| 2 | Capital One Bank (Usa), N.A. | 7100-000 | 5,126.00 | 5,621.32 | 5,621.32 | 1,678.28 |
| 1 | Discover Bank | 7100-000 | 7,369.00 | 8,282.66 | 8,282.66 | 2,472.85 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 20,634.00 | $ 13,903.98 | $ 13,903.98 | $ 4,151.13 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 15-28718 | BWB | Judge: | Bruce W. Black | Trustee Name: | Zane L. Zielinski |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | David Wolford | | | | Date Filed (f) or Converted (c): | 08/21/2015 (f) |
| | | | | | 341(a) Meeting Date: | 09/14/2015 |
| For Period Ending: | 10/13/2016 | | | | Claims Bar Date: | |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2705 Discovery Drive Plainfield, Il 60586 (Debtor's Residen | 204,648.00 | 0.00 | | 0.00 | FA |
| 2. US Bank Checking account | 0.00 | 0.00 | | 0.00 | FA |
| 3. Household goods and furnishings, including audio, video, and | 750.00 | 750.00 | | 0.00 | FA |
| 4. Books, pictures and other art objects, antiques, stamp, coin | 50.00 | 50.00 | | 0.00 | FA |
| 5. Wearing Apparel | 200.00 | 200.00 | | 0.00 | FA |
| 6. Earrings, Watch, Costume Jewelry | 200.00 | 0.00 | | 0.00 | FA |
| 7. Whole Life Insurance Policy: Prudential | 5,102.00 | 0.00 | | 5,101.81 | FA |
| 8. Pension with Former Employer | 5,000.00 | 0.00 | | 0.00 | FA |
| 9. 2001 Honda VTX | 500.00 | 500.00 | | 0.00 | FA |
| 10. 2005 Toyota Sienna | 2,496.00 | 2,496.00 | | 0.00 | FA |
| 11. 2 Guitas, Amplifier, effects pedals | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 12. Fees from Prudential Per Court Order (u) | Unknown | 350.00 | | 350.00 | FA |
| 13. 2006 Saturn Vue (u) | 5,200.00 | 5,200.00 | | 0.00 | FA |
| 14. Flat screen tv, computer, printer music collection (u) | 250.00 | 250.00 | | 0.00 | FA |
| INT. Void (u) | 0.00 | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $225,396.00          $10,796.00          $5,451.81          $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

The Trustee is reviewing a $5500 transfer on 7/27, and the beneficiary of approximately $5200 life insurance policy.

UST Form 101-7-TDR (10/1/2010) *(Page: 6)*

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 3 | -- | Reduced value on amended petition |
| RE PROP # | 7 | -- | The exemption was denied via court order. |
| RE PROP # | 8 | -- | Value was listed on amended schedules. |
| RE PROP # | 13 | -- | Filed on amended petition with value. |

Initial Projected Date of Final Report (TFR):       Current Projected Date of Final Report (TFR):

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |   | | |
|---|---|---|---|---|
| Case No: | 15-28718 | Trustee Name: | Zane L. Zielinski | |
| Case Name: | David Wolford | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX4594 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX3859 | Blanket Bond (per case limit): | $5,000,000.00 | |
| For Period Ending: | 10/13/2016 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 06/17/16 | 7 | Prudential<br>201 Welsh Road<br>Dresher, PA 19025 | Life Insurance<br>Whole Life Insurance Policy | 1129-000 | $5,101.81 | | $5,101.81 |
| 06/17/16 | 12 | Prudential Life Insurance<br>PO Box 7290<br>Philadelphia, PA 19176 | Court Order Fees/Whole Life insurance Policy<br>Court ordered fees for the Trustee's time. | 1249-000 | $350.00 | | $5,451.81 |
| 08/23/16 | 5001 | Zane L. Zielinski<br>6336 N. Cicero Avenue<br>Suite 201<br>Chicago, Illinois 60646 | Distribution | | | $1,300.68 | $4,151.13 |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($1,295.18) | 2100-000 | | | |
| | | Zane L. Zielinski | Final distribution representing a payment of 100.00 % per court order.    ($5.50) | 2200-000 | | | |
| 08/23/16 | 5002 | Discover Bank<br>Discover Products Inc<br>Po Box 3025<br>New Albany, Oh 43054-3025 | Final distribution to claim 1 representing a payment of 29.86 % per court order. | 7100-000 | | $2,472.85 | $1,678.28 |
| 08/23/16 | 5003 | Capital One Bank (Usa), N.A.<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution to claim 2 representing a payment of 29.86 % per court order. | 7100-000 | | $1,678.28 | $0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | $5,451.81 | $5,451.81 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $5,451.81 | $5,451.81 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $5,451.81 | $5,451.81 |

Page Subtotals: $5,451.81   $5,451.81

UST Form 101-7-TDR (10/1/2010) *(Page: 8)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX4594 - Checking | $5,451.81 | $5,451.81 | $0.00 |
|  | $5,451.81 | $5,451.81 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $5,451.81 |
| Total Gross Receipts: | $5,451.81 |

Page Subtotals:   $0.00   $0.00